| | | |
|---|---|---|
| CAAP–14–0000741 | Doe v. Doe | Affirmed |
| CAAP–12–0000509 | First Horizon Home Loans v. Galiza | Vacated and Remanded |
| CAAP–14–0000513 | LCP-MAUI, LLC v. Tucker | Affirmed |
| CAAP–15–0000399 | Riley v. Osako | Affirmed |
| CAAP–15–0000350, CAAP–15–0000351, CAAP–15–0000349, CAAP–14–0001391 | State v. Palama | Affirmed |
| CAAP–12–0001077 | State v. Teale | Affirmed |

### July 14, 2016

| | | |
|---|---|---|
| CAAP–15–0000519 | Ota v. Llanes | Affirmed |

### July 26, 2016

| | | |
|---|---|---|
| CAAP–15–0000415, CAAP–15–0000416 | State v. Waikiki | Affirmed |

### July 27, 2016

| | | |
|---|---|---|
| CAAP–13–0006151 | HSBC Bank USA v. Rojas Reyes | Affirmed |
| CAAP–14– | Vidal v. State, Dept. of Transp. | Affirmed |

0000
503

## July 29, 2016

| | | |
|---|---|---|
| CAAP –13– 0000 132 | State v. Acacio | Affirmed |
| CAAP –15– 0000 001 | State v. Munet | Affirmed |
| CAAP –14– 0001 354 | U.S. Bank Nat. Ass'n v. Ramos-Newton | Vacated and Remanded |

## August 11, 2016

| | | |
|---|---|---|
| CAAP –14– 0000 372 | Lihue Pharmacy, Inc. v. Med-Quest Div. | Affirmed |